John J. McLeod, Esq., State Bar No. 174169
jmcleod@mcleodlawgroup.com
Paul C. Hirst, Esq., State Bar No. 234460
phirst@mcleodlawgroup.com
McLEOD LAW GROUP, A.P.C.
1155 Camino Del Mar, Suite 510
Del Mar, California 92014
Telephone: (619) 236-9938
Facsimile: (619) 236-9943

*Attorneys for Defendant*
*R.U.R. Transportation, Inc.*

Patrick M. Howe, Esq., State Bar No. 154669
pat@patrickhowelaw.com
PATRICK HOWE LAW, APC
402 W. Broadway, Suite 1025
San Diego, CA 92101
Telephone 619.398.3422
Facsimile: (619) 452-2507

*Attorneys for Plaintiff*
*United Financial Casualty Company*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>R.U.R. TRANSPORTATION, INC.; and ROSA MARIE VELAZQUEZ AGUILAR, individually and as successor in interest to Fernando Gutierrez Velazquez;<br><br>Defendants. | Case No. 3:22-cv-00333-LL-WVG<br><br>**JOINT MOTION TO EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT**<br><br>District Judge: Hon. Linda Lopez<br>Magistrate Judge: William V. Gallo |

Pursuant to Local Rules 7.2 and 12.1 and Federal Rule of Civil Procedure 6(b)(1), Plaintiff UNITED FINANCIAL CASUALTY COMPANY ("Plaintiff") and Defendant R.U.R. TRANSPORTATION, INC. ("Defendant"), by and through undersigned counsel, jointly move the Court for an extension of Defendant's time to answer or respond to

Plaintiff's Complaint by thirty (30) days to May 25, 2022. As grounds for this extension, the parties state as follows:

1. On April 6, 2022, Defendant was served with Plaintiff's Complaint and Summons.

2. The parties have conferred regarding the Complaint and jointly move for an additional 30 days for Defendant to respond to the Complaint, the first such extension requested for Defendant's response to the complaint.

3. The new proposed deadline for Defendants' response in this action is May 25, 2022.

4. A proposed order granting the extension is attached.

I, John J. McLeod, Esq., am the filer of the foregoing Joint Motion, and hereby certify that, pursuant to Section 2(f) of the Electronic Case Filings Administrative Policies and Procedures Manual, the contents of this document are acceptable to all persons required to sign the document, and I have authorization to file this document with all "/s/" electronic signatures appearing herein which are not my own.

DATED: April 19, 2022         McLEOD LAW GROUP, A.P.C.

                              By:      /s/ John J. McLeod
                                  John J. McLeod
                                  Paul C. Hirst
                                  Attorneys for Defendant, R.U.R.
                                  TRANSPORTATION, INC.

DATED: April 19, 2022         PATRICK HOWE LAW, APC

                              By:    /s/Patrick Howe
                                  Patrick Howe
                                  Attorney for Plaintiff United Financial
                                  Casualty Company