# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>R.U.R. TRANSPORTATION, INC.; and ROSA MARIE VELAZQUEZ AGUILAR, individually and as successor in interest to Fernando Gutierrez Velazquez;<br><br>Defendants. | Case No. 3:22-cv-00333-LL-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

LOPEZ, Judge:

Upon consideration of the parties' Joint Motion to Extend Time to Answer or Respond to Complaint (ECF No. 4), and good cause appearing,

///

///

///

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 4) is granted. R.U.R. Transportation, Inc.'s time to answer or respond to Plaintiffs' Complaint is extended to May 25, 2022.

| | |
|---|---|
| 1 | DATED: April 19, 2022 |
| 2 | |
| 3 | Hon. Linda Lopez<br>United States District Court |

ORDER – JOINT EXTENSION TO ANSWER COMPLAINT