# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>R.U.R. TRANSPORTATION, INC.; and ROSA MARIE VELAZQUEZ AGUILAR, individually and as successor in interest to Fernando Gutierrez Velazquez,<br><br>                Defendants. | Case No.: 22cv00333-LL-WVG<br><br>**ORDER ON JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**[ECF No. 4]** |

      Plaintiff United Financial Casualty Company, an Ohio corporation ("Plaintiff") brings this action for declaratory relief as to its insurance obligations against Defendants R.U.R. Transportation, Inc., a California corporation ("RUR"), and Defendant Rosa Marie Velazquez Aguilar ("Aguilar"), individually and as successor in interest to Fernando Gutierrez Velazquez ("Decedent") (collectively, "Defendants"). ECF No. 1. Before the Court is the Joint Motion to Extend the Time for R.U.R. to Respond to Plaintiff's Complaint, seeking to extend R.U.R.'s time to respond to the Complaint by thirty (30) days, or from April 25, 2022[1] to May 25, 2022. ECF No. 4 at 1-2. (the "Joint Motion").

---

[1]     The parties state in the joint motion that Defendant was served on April 6, 2022, *see*

ECF No. 4.

The parties do not set forth any grounds for the proposed extension, such as time to pursue settlement discussions or complex claims that require additional time for Defendant to prepare a response. However, due to the brevity of the extension, the Court **GRANTS** the Joint Motion. R.U.R. shall have until Wednesday, May 25, 2022, to respond to the Complaint. The Court will not grant further extensions absent a showing of good cause.

**IT IS SO ORDERED.**

DATED:   April 25, 2022



**HON. LINDA LOPEZ**
United States District Judge

---

ECF No. 4 at 2, ¶ 1, but an examination of the Proof of Service itself, shows service on April 4, 2022, *see* ECF No. 3, meaning R.U.R.'s deadline to respond is April 25, 2022, *see* Fed. R. Civ. P. 12(a)(1).